IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-321-D

| | | |
|---|---|---|
| THE NORTH CAROLINA STATE BAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIGRESS SYDNEY ACUTE MCDANIEL, | ) | |
| | ) | |
| Respondent. | ) | |

The court DENIES defendant's motion for exemption from Pacer fees [D.E. 34] and motion to stay [D.E. 35].

SO ORDERED. This 2 day of April, 2025.

JAMES C. DEVER III
United States District Judge